UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUADLOGIC CONTROLS CORPORATION,<br><br>                                         Plaintiff,<br><br>-against-<br><br>POUNCE ELECTRONICS S.A. DE C.V., d/b/a POUNCE CONSULTING,<br><br>                                        Defendant. | No. 1:18-cv-00400-ER<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Pounce Electronics S.A. de C.V. states that (a) it has no parent corporation, and (b) no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         March 12, 2018

                                                         OLSHAN FROME WOLOSKY LLP

                                         By:     */s/ Brian A. Katz*
                                                    1325 Avenue of the Americas
                                                    New York, New York 10019
                                                    (212) 451-2300

                                                    *Attorneys for Defendant Pounce*
                                                    *Electronics S.A. de C.V.*