AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

QUADLOGIC CONTROLS CORPORATION,  )
    *Plaintiff*  )
v.  )  Case No.  18-cv-0400 (ER) (DCF)
POUNCE ELECTRONICS S.A. DE C.V.  )
    *Defendant*  )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

QUADLOGIC CONTROLS CORPORATION,

Date: 10/15/2018

*Attorney's signature*

Larry Benjamin Miller  (LM-8323)
*Printed name and bar number*
Feder Kaszovitz, LLP
845 3rd Ave, 11th Floor
New York, NY 10022

*Address*

lmiller@fedkas.com
*E-mail address*

(212) 888-8200
*Telephone number*

(212) 888-7776
*FAX number*