Ramos, J

```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
------------------------------------------x ELECTRONICALLY FILED
                                            DOC# _____
   QUADLOGIC CONTROLS CORPORATION,    :     DATE FILED: 10/19/18
                                      :
                       Plaintiff,     :
                                      :
                                      :     Civil Action No.: 18-cv-0400 (ER) (DCF)
         -- against --                :
                                      :     ORDER TO SHOW
                                      :     CAUSE FOR:
                                      :     DEFAULT JUDGMENT
   POUNCE ELECTRONICS S.A. DE C.V.,   :
   d/b/a POUNCE CONSULTING,           :
                                      :
                       Defendant.     :
                                      :
------------------------------------------x
```

Upon the Declaration of Larry Miller dated October 16, 2018, the Declaration of Marc Segan dated October 16, 2018, the exhibits annexed thereto, the accompanying Memorandum of Law, the Complaint and all of the relevant papers and pleadings on file with the Court in this matter, it is

**ORDERED** that the above named defendant show cause before this Court, at Courtroom 619, United States Courthouse, 40 Foley Square, New York, NY 10007-1312 on ___November 7___, 2018 at _11_ o'clock in the _mornings_ or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(a) and (b)(2) of the Federal Rules of Civil Procedure for entry of default judgment against Defendant Pounce Electronics S.A. de C.V., it is further

**ORDERED** that service by Federal Express or Express Mail of a copy of this order, together with the papers upon which it is granted, be served upon the Defendant on or before ___October 23___, 2018 _5_ o'clock in the _afternoon_ and that such service be deemed good and sufficient.

Dated: New York, New York

Defendant's response is due Tuesday, October 30, 2018.

Plaintiff's reply is due Monday, November 5, 2018.

_____ 10/19/18
EDGARDO RAMOS
United States District Judge