Murray Skala (MS-9354)
Larry Miller (LM-8323)
Feder Kaszovitz LLP
845 Third Avenue, 11th Floor
New York, NY 10022
Tel:    (212) 888-8200
Fax:    (212) 888-7776
*Attorneys for Plaintiff Quadlogic Controls Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

QUADLOGIC CONTROLS CORPORATION,             :
                                            :
                    Plaintiff,              :
                                            :
          -- against --                     :    18-cv-0400 (ER) (DCF)
                                            :
POUNCE ELECTRONICS S.A. DE C.V.,            :    ORDER OF DEFAULT JUDGMENT
d/b/a POUNCE CONSULTING,                    :
                                            :
                    Defendant.              :

------------------------------------------------------------------ X

Upon the Summons and Complaint; upon the upon the Declarations of

Marc Segan and Larry Miller, dated October 16, 2016, and the exhibits attached

thereto; upon Plaintiff's Memorandum Of Law; it is hereby:

**ORDERED** that Plaintiff Quadlogic Controls Corporation Controls

Corporation's ("Quadlogic") application for a Judgment on Default, pursuant to Rule

55(b)(2) of the Federal Rules of Civil Procedure, against Defendant Pounce Electronics

S.A. de C.V. ("Pounce Consulting") is hereby granted; and it is further

1

**ORDERED** that Pounce Consulting pay to Quadlogic damages in the amount

of   7,360,000       plus pre-judgment interest in the amount of   615,773

; and it is further

     **ORDERED** that Pounce Consulting's counterclaims herein are dismissed with

prejudice.

EDGARDO RAMOS
U.S.D.J.
Date:  11/28/2018

2