AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Quadlogic Controls Corporation | ) |
| *Plaintiff* | ) |
| v. | ) |
| Pounce Electronics S.A. de C.V. d/b/a Pounce Consulting | ) |
| *Defendant* | ) |

Civil Action No.  2018-cv-0400 (ER) (DCF)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* ___Quadlogic Controls Corporation___ recover from the
defendant *(name)* ___Pounce Electronics S.A. de C.V. d/b/a Pounce Consulting___ the amount of
___Seven Million Nine Hundred Seventy Five Thousand Seven Hundred Seventy Three___ dollars ($ _7,975,773.00_ ), which includes prejudgment
interest at the rate of ___9___ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☐ other:
_____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge ___Edgardo Ramos___ on a motion for

Default Judgment purusant to Fed R. Civ. P. 55(b)(2). .

Date: ___1/2/2019___

_____
U.S.D.J.